IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **BRANDON SCOTT LAMBERT,** | ) | |
| Plaintiff, | ) ) ) | Case No. 7:20CV00002 |
| v. | ) ) | **ORDER** |
| **SGT. WALTER L. THOMAS,** | ) ) | JUDGE JAMES P. JONES |
| Defendant. | ) ) | |

The plaintiff has filed a timely objections to the Report filed June 16, 2021, setting forth the findings and recommendations of the magistrate judge.  The court has considered the objections de novo and reviewed the transcript of the bench trial held before the magistrate judge.  I find that the findings of the magistrate judge contained in the Report are supported by the evidence and legal principles applied.  Accordingly, it is **ORDERED** as follows:

1. The objections of the plaintiff, ECF Nos. 72 and 73, are DENIED;

2. The Report, ECF No. 60, and its findings and recommendations are wholly ACCEPTED and APPROVED; and

3. Judgment will be entered in favor of the defendant.

ENTER:  October 6, 2021

/s/  JAMES P. JONES
Senior United States District Judge